Order Filed on June 29, 2017
by Clerk, U.S. Bankruptcy
Court - District of New Jersey

| | |
|---|---|
| **WALTER D. NEALY, ESQ.**<br>**ATTORNEY AT LAW**<br>100 South Van Brunt Street, Suite 2C<br>Englewood, New Jersey  07631<br>Phone: (201) 227-0063<br>Fax: (201) 227-6118<br>Email: nealylaw@gmail.com<br>**Attorney for Debtor** | UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| In Re:<br><br>Joseph R. Nelson<br><br>                              Debtor | Case No. 17-18315-SLM<br><br>Chapter: 13<br><br>Hearing Date: June 14, 2017<br><br>Time: 10:30 am<br><br>Judge: Stacey L. Meisel |

**ORDER GRANTING MOTION TO IMPOSE
THE AUTOMATIC STAY BEYOND 30 DAYS**

The relief set forth on the following pages, numbered two (2) through 2 is hereby **ORDERED**.

**DATED: June 29, 2017**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

**DEBTOR:    Joseph R. Nelson**

**CASE NO:    17-18315-SLM**

**CAPTION OF ORDER:    ORDER GRANTING MOTION TO IMPOSE
THE AUTOMATIC STAY**

---

**1. ORDERED** that the Automatic Stay as to all creditors is hereby Imposed, ~~Nunc Pro Tunc~~ effective as of the date of this Order ~~to the date of the filing of the petition, April 25, 2017~~ ~~with regards to all property~~.

**2. ORDERED** that the Debtor Attorney shall serve this Order upon all Creditors and the Sheriff of Essex County.