| |
|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** |
| **Marie-Ann Greenberg MAG-1284**<br>**Chapter 13 Standing Trustee**<br>**30 TWO BRIDGES ROAD**<br>**SUITE 330**<br>**FAIRFIELD, NJ  07004-1550**<br>**973-227-2840** |
| IN RE:<br><br>   JOSEPH R NELSON |

Order Filed on July 14, 2017 by
Clerk, U.S. Bankruptcy Court -
District of New Jersey

Case No.:  17-18315SLM

Hearing Date:  7/12/2017

Judge:  STACEY L. MEISEL

### INTERIM ORDER ON CONFIRMATION HEARING

The relief set forth on the following pages, numbered two (2)  is hereby ORDERED.

**DATED: July 14, 2017**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Debtor(s):  JOSEPH R NELSON

Case No.:  17-18315SLM

Caption of Order:    INTERIM ORDER ON CONFIRMATION HEARING

    THIS MATTER having been scheduled before the Court on 07/12/2017 for a Hearing on Confirmation, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor must pay $292.00 within 14 days or the case will be dismissed upon certification of the Standing Trustee with 14 days notice to debtor(s) and debtor's attorney; and it is further

- ORDERED, that the 341(a) Hearing must be conducted by next confirmation hearing or the case will be dismissed at hearing; it is further

- ORDERED, that if satisfied, the Confirmation Hearing will be adjourned to 8/9/2017 at 9:00 a.m..