UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

792788
PHELAN HALLINAN DIAMOND & JONES, PC
400 Fellowship Road, Suite 100
Mt. Laurel, NJ 08054
856-813-5500
Attorneys for U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR CREDIT SUISSE FIRST BOSTON MORTGAGE ACCEPTANCE CORP., CSFB MORTGAGE-BACKED PASS-THROUGH CERTIFICATES, SERIES 2005-11

In Re:

JOSEPH NELSON A/K/A JOSEPH R. NELSON

**Order Filed on July 14, 2017 by Clerk, U.S. Bankruptcy Court - District of New Jersey**

Case No: 17-18315 - SLM

Hearing Date: June 19, 2017

Judge: Stacey L. Meisel

| Recommended Local Form: | ☒ Followed | ☐ Modified |
|---|---|---|

**ORDER RESOLVING MOTION TO VACATE STAY AND/OR MOTION TO DISMISS WITH CONDITIONS**

The relief set forth on the following pages, numbered two (2) and three (3) is hereby **ORDERED**.

**DATED: July 14, 2017**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

| | |
|---|---|
| Applicant: | <u>U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR CREDIT SUISSE FIRST BOSTON MORTGAGE ACCEPTANCE CORP., CSFB MORTGAGE-BACKED PASS-THROUGH CERTIFICATES, SERIES 2005-11</u> |
| Applicant's Counsel: | <u>Phelan Hallinan Diamond & Jones, PC</u> |
| Debtor's Counsel: | <u>WALTER NEALY, Esquire</u> |
| Property Involved ("Collateral"): | <u>232 ORANGE AVENUE, IRVINGTON, NJ 07111-2125</u> |

Relief sought:   ☒ Motion for relief from the automatic stay

☐ Motion to dismiss

☐ Motion for prospective relief to prevent imposition of automatic stay against the collateral by debtor's future bankruptcy filings

For good cause shown, it is **ORDERED** that Applicant's Motion(s) is (are) resolved, subject to the following conditions:

1. Status of post-petition arrearages:

☒ The Debtor is overdue for **1** month, **06/01/2017**.

☒ The Debtor is overdue for **1** payments at **$2,154.86** per month.

☐ The Debtor is assessed for ____ late charges at $____ per month.

☐ Applicant acknowledges receipt of funds in the amount of $____ received after the motion was filed.

**Total Arrearages Due $2,154.86**.

2. Debtor must cure all post-petition arrearages, as follows:

☒ Payment shall be made in the amount of **$2,154.86**. Payment shall be made no later than **July 15, 2017**.

☒ Beginning on **July 1, 2017**, regular monthly mortgage payments shall continue to be made.

☐ Beginning on ____, additional monthly cure payments shall be made in the amount of $____ for ____ months.

☐ The amount of $____ shall be capitalized in the debtor's Chapter 13 plan. The debtor's monthly payment to the Chapter 13 Trustee is modified to be $____ per month.

3. Payments to the Secured Creditor shall be made to the following address(es):

☒ Immediate payment:

**Wells Fargo Home Mortgage**
**PO Box 14507**
**Des Moines, IA  50306**

☒ Regular Monthly payment:

**Same as above**

☐ Monthly cure payment:

4. In the event of Default:

☒ Should the Debtor fail to make any of the above captioned payments, or if any regular monthly mortgage payment commencing after the cure of the post petition delinquency is more than thirty (30) days late, counsel shall file a Certification of Default with the Court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtors, and Debtors' attorney and the court shall enter an Order granting relief from the Automatic Stay

☒ Should the Debtor fail to obtain a Loan Modification with Secured Creditor by August 18, 2017, U.S. Bank National Association, As Trustee For Credit Suisse First Boston Mortgage Acceptance Corp., CSFB Mortgage-Backed Pass-Through Certificates, Series 2005-11 shall be entitled to Relief from Stay as to the Debtor, and Prospective Relief as to Co-Debtor with no further application to the Court.

☒ In the event the Debtors converts to a Chapter 7 during the pendency of this bankruptcy case, the Debtors shall cure all arrears within ten (10) days from the date of conversion in order to bring the loan contractually current.  Should the Debtors fail to bring the loan contractually current, counsel shall file a Certification of Default with the Court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtors, and Debtors' attorney and the court shall enter an Order granting relief from the Automatic Stay

☒ This agreed order survives any loan modification agreed to and executed during the instant bankruptcy. If any regular mortgage payment due after the execution of a loan modification is more than thirty (30) days late, counsel shall file a Certification of Default with the Court, a copy of the Certification

shall be sent to the Chapter 13 Trustee, the Debtors, and Debtors' attorney and the court shall enter an Order granting relief from the Automatic Stay

5. Award of Attorneys' Fees:

☐ The Applicant is awarded attorneys fees of $_____, and costs of $_____.

The fees and costs are payable:

☐ Through the Chapter 13 plan. These fees/costs shall be set up as a separate claim to be paid by the Standing Trustee and shall be paid as an administrative claim.

☐ to the Secured Creditor within _____ days.

☐ Attorneys' fees are not awarded.

6. This Agreed Order survives any loan modification agreed to and executed during the instant bankruptcy.

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 17-18315-SLM
Joseph R Nelson                                                         Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2           User: admin              Page 1 of 1            Date Rcvd: Jul 14, 2017
                               Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 16, 2017.
db             +Joseph R Nelson,    710 Chesnut Steet,    Roselle, NJ 07203-1948

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 16, 2017                              Signature:   /s/Joseph Speetjens

___

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 14, 2017 at the address(es) listed below:
              Alexandra T. Garcia    on behalf of Creditor    HSBC Bank USA, National Association as Trustee for
               Opteum Mortgage Acceptance Corporation, Asset-Backed Pass-Through Certificates, Series 2005-5
               NJECFMAIL@mwc-law.com
              Denise E. Carlon    on behalf of Creditor    Toyota Lease Trust dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Marie-Ann  Greenberg     magecf@magtrustee.com
              Michael Frederick Dingerdissen    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS
               TRUSTEE FOR CREDIT SUISSE FIRST BOSTON MORTGAGE ACCEPTANCE CORP., CSFB MORTGAGE-BACKED
               PASS-THROUGH CERTIFICATES, SERIES 2005-11 nj.bkecf@fedphe.com
              Nicholas V. Rogers    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR
               CREDIT SUISSE FIRST BOSTON MORTGAGE ACCEPTANCE CORP., CSFB MORTGAGE-BACKED PASS-THROUGH
               CERTIFICATES, SERIES 2005-11 nj.bkecf@fedphe.com
              U.S. Trustee.     USTPRegion03.NE.ECF@usdoj.gov
              Walter D. Nealy    on behalf of Debtor Joseph R Nelson nealylaw@gmail.com,
               r43366@notify.bestcase.com
                                                                                             TOTAL: 7