Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 17−18315−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Joseph R Nelson
   710 Chesnut Steet
   Roselle, NJ 07203

Social Security No.:
   xxx−xx−5023

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 8/11/17.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: August 11, 2017
JAN: rah

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 17-18315-SLM
Joseph R Nelson                                                           Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin               Page 1 of 2              Date Rcvd: Aug 11, 2017
                              Form ID: 148              Total Noticed: 43

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 13, 2017.
```
db         +Joseph R Nelson,    710 Chesnut Steet,    Roselle, NJ 07203-1948
cr         +U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR CRE,     Phelan Hallinan & Schmieg, PC,
             400 Fellowship Road,    Suite 100,    Mt. Laurel, NJ 08054-3437
516785259   Essex County Sheriff's Office,    50 West Nelson Street,    Newark, NJ 07102
516785260  +Everhome Mortgage Co,    301 W Bay St,    Jacksonville, FL 32202-5103
516956823  +HSBC Bank, USA, National Association,     c/o TIAA, FSB d/b/a EverBank,    301 West Bay Street,
             Jacksonville, FL 32202-5184
516823120  +MIDLAND FUNDING LLC,    PO BOX 2011,    WARREN, MI 48090-2011
516785261  +Mandees,    401 Hackensack Ave,    Hackensack, NJ 07601-6411
516785262  +Odpc/cbna,    Po Box 6497,    Sioux Falls, SD 57117-6497
516785263  +Opteum Fncl Svcs Llc,    425 Phillips Blvd,    Ewing, NJ 08618-1430
516785264  +PELLEGRRINO AND FELDSTEIN, LLC,     290 West Main Street, Suite 1,    Denville, NJ 07834-1245
516785265   Petrolin Nelson,    710 Chestnut Street,    Roselle, NJ 07203-1948
516785266  +Phelan Hallian Diamond & Jones, PC,     400 Followship Road, suite 100,
             Mount Laurel, NJ 08054-3437
516785267  +Pro Cap II, LLC by Custodian , US  Bank,    c/o Pellegrino &Feldstein,     290 Rout 46 West,
             Denville, NJ 07834-1239
516785268  +Rshk/cbna,    Po Box 6497,    Sioux Falls, SD 57117-6497
516785271  +Select Portfolio Svcin,    Po Box 65250,    Salt Lake City, UT 84165-0250
516831713  +Toyota Lease Trust,    c/o Toyota Motor Credit Corporation,     PO Box 9013,
             Addison, Texas 75001-9013
516864113   U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE et.al.,     Wells Fargo Bank, N.A.,
             Default Document Processing,    MAC N9286-01Y,    1000 Blue Gentian Road,    Eagan MN 55121-7700
516785286  +United Consumer Finl S,    865 Bassette Rd,    Westlake, OH 44145-1194

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg         E-mail/Text: usanj.njbankr@usdoj.gov Aug 11 2017 23:18:43      U.S. Attorney,    970 Broad St.,
             Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg        +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 11 2017 23:18:40      United States Trustee,
             Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
             Newark, NJ 07102-5235
cr         +EDI: RMSC.COM Aug 11 2017 23:08:00      Synchrony Bank c/o PRA Receivables Management, LLC,
             PO BOX 41021,    Norfolk, VA 23541-1021
516785255   EDI: BANKAMER.COM Aug 11 2017 23:08:00      Bk Of Amer,    Po Box 982238,    El Paso, TX 79998
516785256   EDI: CAPITALONE.COM Aug 11 2017 23:08:00      Capital One Bank Usa N,    15000 Capital One Dr,
             Richmond, VA 23238
516785257  +EDI: WFNNB.COM Aug 11 2017 23:08:00      Comenity Bank/mandee,    995 W 122nd Ave,
             Westminster, CO 80234-3417
516785258  +EDI: TSYS2.COM Aug 11 2017 23:08:00      Dsnb Macys,    Po Box 8218,    Mason, OH 45040-8218
516785270  +EDI: SEARS.COM Aug 11 2017 23:08:00      Sears/cbna,    Po Box 6282,    Sioux Falls, SD 57117-6282
516785269  +EDI: SEARS.COM Aug 11 2017 23:08:00      Sears/cbna,    Po Box 6283,    Sioux Falls, SD 57117-6283
516785272  +EDI: RMSC.COM Aug 11 2017 23:08:00      Syncb/gap,    Po Box 965005,    Orlando, FL 32896-5005
516785273  +EDI: RMSC.COM Aug 11 2017 23:08:00      Syncb/gapdc,    Po Box 965005,    Orlando, FL 32896-5005
516785274  +EDI: RMSC.COM Aug 11 2017 23:08:00      Syncb/home Design Furn,    C/o P.o. Box 965036,
             Orlando, FL 32896-0001
516785275  +EDI: RMSC.COM Aug 11 2017 23:08:00      Syncb/home Design Plus,    950 Forrer Blvd,
             Kettering, OH 45420-1469
516785276  +EDI: RMSC.COM Aug 11 2017 23:08:00      Syncb/lord & Tay,    Po Box 965015,
             Orlando, FL 32896-5015
516785277  +EDI: RMSC.COM Aug 11 2017 23:08:00      Syncb/low,    Po Box 965005,    Orlando, FL 32896-5005
516785278  +EDI: RMSC.COM Aug 11 2017 23:08:00      Syncb/lowes,    Po Box 965005,    Orlando, FL 32896-5005
516785279  +EDI: RMSC.COM Aug 11 2017 23:08:00      Syncb/old Navy,    Po Box 965005,
             Orlando, FL 32896-5005
516785280  +EDI: RMSC.COM Aug 11 2017 23:08:00      Syncb/tjx Cos Dc,    Po Box 965005,
             Orlando, FL 32896-5005
516785281   EDI: RMSC.COM Aug 11 2017 23:08:00      Syncb/walmart,    Po Box 965024,    El Paso, TX 79998
516788561  +EDI: RMSC.COM Aug 11 2017 23:08:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
             PO Box 41021,    Norfolk, VA 23541-1021
516785284   EDI: TFSR.COM Aug 11 2017 23:08:00      Toyota Motor Credit,    4 Gatehall Dr Ste 350,
             Parsippany, NJ 07054
516785282  +EDI: WTRRNBANK.COM Aug 11 2017 23:08:00      Td Bank Usa/targetcred,    Po Box 673,
             Minneapolis, MN 55440-0673
516785283  +EDI: WTRRNBANK.COM Aug 11 2017 23:08:00      Tnb - Target,    Po Box 673,
             Minneapolis, MN 55440-0673
516785288  +EDI: WFFC.COM Aug 11 2017 23:08:00      WELLS FARGO HOME MORTGAGE,    P O BOX  10335,
             Des Moines, IA 50306-0335
516785287  +EDI: RCSDELL.COM Aug 11 2017 23:08:00      Webbank/dfs,    Po Box 81607,    Austin, TX 78708-1607
                                                                                               TOTAL: 25
```

```
District/off: 0312-2           User: admin               Page 2 of 2              Date Rcvd: Aug 11, 2017
                               Form ID: 148              Total Noticed: 43
```

```
            ***** BYPASSED RECIPIENTS (continued) *****

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516785285*    ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                (address filed with court:  Toyota Motor Credit Co,   4 Gatehall Dr Ste 350,
                  Parsippany, NJ 07054)
                                                                                          TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 13, 2017                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 11, 2017 at the address(es) listed below:
              Alexandra T. Garcia    on behalf of Creditor    HSBC Bank USA, National Association as Trustee for
               Opteum Mortgage Acceptance Corporation, Asset-Backed Pass-Through Certificates, Series 2005-5
               NJECFMAIL@mwc-law.com
              Denise E. Carlon    on behalf of Creditor    Toyota Lease Trust dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Marie-Ann  Greenberg    magecf@magtrustee.com
              Michael Frederick Dingerdissen    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS
               TRUSTEE FOR CREDIT SUISSE FIRST BOSTON MORTGAGE ACCEPTANCE CORP., CSFB MORTGAGE-BACKED
               PASS-THROUGH CERTIFICATES, SERIES 2005-11 nj.bkecf@fedphe.com
              Nicholas V. Rogers    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR
               CREDIT SUISSE FIRST BOSTON MORTGAGE ACCEPTANCE CORP., CSFB MORTGAGE-BACKED PASS-THROUGH
               CERTIFICATES, SERIES 2005-11 nj.bkecf@fedphe.com
              U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
              Walter D. Nealy    on behalf of Debtor Joseph R Nelson nealylaw@gmail.com,
               r43366@notify.bestcase.com
                                                                                             TOTAL: 7