UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

WALTER D. NEALY
ATTORNEY AT LAW
100 South Van Brunt Street, Suite 2C
Englewood, New Jersey 07631
Tel: (201) 227-0063
Fax: (201) 227-6118
Email: nealylaw@gmail.com

Order Filed on October 13, 2017 by Clerk, U.S. Bankruptcy Court - District of New Jersey

In Re:

JOSEPH R. NELSON

Case Number: 17-18315-SLM

Hearing Date: 

Judge: Stacey L. Meisel

Chapter: 13

Recommended Local Form:   ☒ Followed   ☐ Modified

## ORDER REINSTATING CASE

The relief set forth on the following page is hereby **ORDERED**.

**DATED:** October 13, 2017

_____
Honorable Stacey L. Meisel
United States Bankruptcy Judge

This matter having been presented to the Court by ___Walter D. Nealy, Esq.___ and the Court having reviewed the motion and any opposition filed, and for good cause shown it is

ORDERED that:

The case is reinstated effective the date of this order. The debtor shall provide notice of the reinstatement to all creditors and interested parties within 7 days of the date of this order.

Debtor must submit all documents needed to conduct a 341(a) hearing + all plan payments by 10/15/17 or the trustee may file a certification of default; and it is further

ordered, that a modified plan be filed by 10/21/17 or the trustee may file a certification of default.

*new.7/12/16*