Form 186 – ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 17−18315−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Joseph R Nelson
   710 Chesnut Steet
   Roselle, NJ 07203

Social Security No.:
   xxx−xx−5023

Employer's Tax I.D. No.:

## NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on 04/25/2017 and a confirmation hearing on such Plan has been scheduled for 7/12/2017.

The debtor filed a Modified Plan on 10/23/2017 and a confirmation hearing on the Modified Plan is scheduled for 12/13/2017 at 09:00 AM. Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

   A full copy of the modified Plan will follow this notice.

Dated: October 24, 2017
JAN: dmc

Jeanne Naughton
Clerk

```
                           United States Bankruptcy Court
                                District of New Jersey
In re:                                                       Case No. 17-18315-SLM
Joseph R Nelson                                              Chapter 13
        Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-2          User: admin              Page 1 of 2           Date Rcvd: Oct 24, 2017
                              Form ID: 186             Total Noticed: 43

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 26, 2017.
db            +Joseph R Nelson,   710 Chesnut Steet,   Roselle, NJ 07203-1948
cr            +U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR CRE,   Phelan Hallinan & Schmieg, PC,
               400 Fellowship Road,   Suite 100,   Mt. Laurel, NJ 08054-3437
516785255    ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
              (address filed with court: Bk Of Amer,   Po Box 982238,   El Paso, TX 79998)
516785256    ++CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY UT 84130-0285
              (address filed with court: Capital One Bank Usa N,   15000 Capital One Dr,
               Richmond, VA 23238)
516785257     +Comenity Bank/mandee,   995 W 122nd Ave,   Westminster, CO 80234-3417
516785258     +Dsnb Macys,   Po Box 8218,   Mason, OH 45040-8218
516785259      Essex County Sheriff's Office,   50 West Nelson Street,   Newark, NJ 07102
516785260     +Everhome Mortgage Co,   301 W Bay St,   Jacksonville, FL 32202-5103
516956823     +HSBC Bank, USA, National Association,   c/o TIAA, FSB d/b/a EverBank,   301 West Bay Street,
               Jacksonville, FL 32202-5184
516785261     +Mandees,   401 Hackensack Ave,   Hackensack, NJ 07601-6411
516785262     +Odpc/cbna,   Po Box 6497,   Sioux Falls, SD 57117-6497
516785263     +Opteum Fncl Svcs Llc,   425 Phillips Blvd,   Ewing, NJ 08618-1430
516785264     +PELLEGRRINO AND FELDSTEIN, LLC,   290 West Main Street, Suite 1,   Denville, NJ 07834-1245
516785265      Petrolin Nelson,   710 Chestnut Street,   Roselle, NJ 07203-1948
516785266     +Phelan Hallian Diamond & Jones, PC,   400 Followship Road, suite 100,
               Mount Laurel, NJ 08054-3437
516785267     +Pro Cap II, LLC by Custodian , US  Bank,   c/o Pellegrino &Feldstein,   290 Rout 46 West,
               Denville, NJ 07834-1239
516785268     +Rshk/cbna,   Po Box 6497,   Sioux Falls, SD 57117-6497
516785269     +Sears/cbna,   Po Box 6283,   Sioux Falls, SD 57117-6283
516785270     +Sears/cbna,   Po Box 6282,   Sioux Falls, SD 57117-6282
516785284    ++TOYOTA MOTOR CREDIT CORPORATION,   PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
              (address filed with court: Toyota Motor Credit,   4 Gatehall Dr Ste 350,
               Parsippany, NJ 07054)
516785282     +Td Bank Usa/targetcred,   Po Box 673,   Minneapolis, MN 55440-0673
516785283     +Tnb - Target,   Po Box 673,   Minneapolis, MN 55440-0673
516831713     +Toyota Lease Trust,   c/o Toyota Motor Credit Corporation,   PO Box 9013,
               Addison, Texas 75001-9013
516864113      U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE et.al.,   Wells Fargo Bank, N.A.,
               Default Document Processing,   MAC N9286-01Y,   1000 Blue Gentian Road,   Eagan MN 55121-7700
516785286     +United Consumer Finl S,   865 Bassette Rd,   Westlake, OH 44145-1194
516785288     +WELLS FARGO HOME MORTGAGE,   P O BOX  10335,   Des Moines, IA 50306-0335
516785287     +Webbank/dfs,   Po Box 81607,   Austin, TX 78708-1607

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Oct 24 2017 23:00:33    U.S. Attorney,   970 Broad St.,
               Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 24 2017 23:00:29    United States Trustee,
               Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
cr            +E-mail/PDF: gecsedi@recoverycorp.com Oct 24 2017 23:04:04
               Synchrony Bank c/o PRA Receivables Management, LLC,   PO BOX 41021,   Norfolk, VA 23541-1021
516823120     +E-mail/Text: bankruptcydpt@mcmcg.com Oct 24 2017 23:00:29    MIDLAND FUNDING LLC,
               PO BOX 2011,   WARREN, MI 48090-2011
516785271     +E-mail/Text: jennifer.chacon@spservicing.com Oct 24 2017 23:01:37    Select Portfolio Svcin,
               Po Box 65250,   Salt Lake City, UT 84165-0250
516785272     +E-mail/PDF: gecsedi@recoverycorp.com Oct 24 2017 23:03:50    Syncb/gap,   Po Box 965005,
               Orlando, FL 32896-5005
516785273     +E-mail/PDF: gecsedi@recoverycorp.com Oct 24 2017 23:03:50    Syncb/gapdc,   Po Box 965005,
               Orlando, FL 32896-5005
516785274     +E-mail/PDF: gecsedi@recoverycorp.com Oct 24 2017 23:04:04    Syncb/home Design Furn,
               C/o P.o. Box 965036,   Orlando, FL 32896-0001
516785275     +E-mail/PDF: gecsedi@recoverycorp.com Oct 24 2017 23:04:04    Syncb/home Design Plus,
               950 Forrer Blvd,   Kettering, OH 45420-1469
516785276     +E-mail/PDF: gecsedi@recoverycorp.com Oct 24 2017 23:04:04    Syncb/lord & Tay,   Po Box 965015,
               Orlando, FL 32896-5015
516785277     +E-mail/PDF: gecsedi@recoverycorp.com Oct 24 2017 23:03:37    Syncb/low,   Po Box 965005,
               Orlando, FL 32896-5005
516785278     +E-mail/PDF: gecsedi@recoverycorp.com Oct 24 2017 23:04:05    Syncb/lowes,   Po Box 965005,
               Orlando, FL 32896-5005
516785279     +E-mail/PDF: gecsedi@recoverycorp.com Oct 24 2017 23:04:04    Syncb/old Navy,   Po Box 965005,
               Orlando, FL 32896-5005
516785280     +E-mail/PDF: gecsedi@recoverycorp.com Oct 24 2017 23:03:37    Syncb/tjx Cos Dc,   Po Box 965005,
               Orlando, FL 32896-5005
516785281      E-mail/PDF: gecsedi@recoverycorp.com Oct 24 2017 23:03:51    Syncb/walmart,   Po Box 965024,
               El Paso, TX 79998
516788561     +E-mail/PDF: gecsedi@recoverycorp.com Oct 24 2017 23:03:37    Synchrony Bank,
               c/o of PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
                                                                                              TOTAL: 16
```

```
District/off: 0312-2          User: admin              Page 2 of 2            Date Rcvd: Oct 24, 2017
                              Form ID: 186             Total Noticed: 43
```

```
            ***** BYPASSED RECIPIENTS (continued) *****

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516785285*    ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
               (address filed with court:  Toyota Motor Credit Co,    4 Gatehall Dr Ste 350,
                 Parsippany, NJ 07054)
                                                                                TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 26, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 24, 2017 at the address(es) listed below:
        Alexandra T. Garcia    on behalf of Creditor    HSBC Bank USA, National Association as Trustee for Opteum Mortgage Acceptance Corporation, Asset-Backed Pass-Through Certificates, Series 2005-5 NJECFMAIL@mwc-law.com
        Andrew L. Spivack    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR CREDIT SUISSE FIRST BOSTON MORTGAGE ACCEPTANCE CORP., CSFB MORTGAGE-BACKED PASS-THROUGH CERTIFICATES, SERIES 2005-11 nj.bkecf@fedphe.com
        Denise E. Carlon    on behalf of Creditor    Toyota Lease Trust dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
        Marie-Ann Greenberg    magecf@magtrustee.com
        Nicholas V. Rogers    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR CREDIT SUISSE FIRST BOSTON MORTGAGE ACCEPTANCE CORP., CSFB MORTGAGE-BACKED PASS-THROUGH CERTIFICATES, SERIES 2005-11 nj.bkecf@fedphe.com
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
        Walter D. Nealy    on behalf of Debtor Joseph R Nelson nealylaw@gmail.com, r43366@notify.bestcase.com

                                                                TOTAL: 7