| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br><br>**Marie-Ann Greenberg MAG-1284**<br>**Chapter 13 Standing Trustee**<br>**30 TWO BRIDGES ROAD**<br>**SUITE 330**<br>**FAIRFIELD, NJ  07004-1550**<br>**973-227-2840** | <br>Order Filed on January 26, 2018 by Clerk, U.S. Bankruptcy Court - District of New Jersey |
| IN RE:<br><br>  JOSEPH R NELSON | Case No.:  17-18315SLM<br><br>Hearing Date:  1/24/2018<br><br>Judge:  STACEY L. MEISEL |

### INTERIM ORDER ON CONFIRMATION HEARING

The relief set forth on the following pages, numbered two (2)  is hereby ORDERED.

**DATED: January 26, 2018**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Case No.:   17-18315SLM

Caption of Order:   INTERIM ORDER ON CONFIRMATION HEARING

    THIS MATTER having been scheduled before the Court on 01/24/2018 for a Hearing on Confirmation, and good sufficient cause having been shown, it is:

- ORDERED, that Debtor must provide the Trustee with all necessary documents required to conduct a 341(a) meeting within 7 days or the case will be dismissed upon certification of the Standing Trustee with 14 days notice to debtor(s) and debtor's attorney; and it is further
- ORDERED, that the 341(a) meeting must be conducted within 21 days or the case will be dismissed upon certification of the Standing Trustee with 14 days notice to debtor(s) and debtor's attorney; and it is further
- ORDERED, that if satisfied, the Confirmation Hearing will be adjourned to 2/28/2018 at 9:00 a.m..