# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re:<br><br>Joseph R Nelson | Case No.: 17-18315-SLM<br>Hearing Date: February 28, 2018<br>Chapter: 13<br>Judge: Stacey L. Meisel |

## NOTICE OF HEARING

You are hereby notified of a hearing before the Honorable  Stacey L. Meisel , United States Bankruptcy Judge.

**Reason for Hearing:**  Debtor's Certification in Opposition to Trustee's Certification of Default

**Location of Hearing:**  Courtroom No. 3 A
3rd Floor
50 Walnut Street
Newark, New Jersey 07102

**Date and Time:**  March 14, 2018 at 9:00 AM , or as soon thereafter as counsel may be heard.

**COURT APPEARANCES:**  ☒ ARE REQUIRED    ☐ ARE NOT REQUIRED

DATE: February 20, 2018

JEANNE A. NAUGHTON, Clerk

By: Nelson Dos Santos
Deputy Clerk

## CERTIFICATE OF MAILING

I HEREBY CERTIFY that on  February 20 , 20 18  this notice was served on the following:

Debtor, Debtor's Counsel and Chapter 13 Trustee

JEANNE A. NAUGHTON, Clerk

By: Nelson Dos Santos
Deputy Clerk

*rev.1/4/17*

United States Bankruptcy Court
District of New Jersey

In re:  
Joseph R Nelson  
     Debtor

Case No. 17-18315-SLM  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2        User: admin              Page 1 of 1                Date Rcvd: Feb 20, 2018
                            Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 22, 2018.
db            +Joseph R Nelson,    710 Chesnut Steet,    Roselle, NJ 07203-1948

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 22, 2018                                     Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 20, 2018 at the address(es) listed below:

    Alexandra T. Garcia    on behalf of Creditor    HSBC Bank USA, National Association as Trustee for Opteum Mortgage Acceptance Corporation, Asset-Backed Pass-Through Certificates, Series 2005-5 NJECFMAIL@mwc-law.com  
    Andrew L. Spivack    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR CREDIT SUISSE FIRST BOSTON MORTGAGE ACCEPTANCE CORP., CSFB MORTGAGE-BACKED PASS-THROUGH CERTIFICATES, SERIES 2005-11 nj.bkecf@fedphe.com  
    Denise E. Carlon    on behalf of Creditor    Toyota Lease Trust dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
    Marie-Ann Greenberg     magecf@magtrustee.com  
    Mina M Beshara    on behalf of Creditor    HSBC Bank USA, National Association as Trustee for Opteum Mortgage Acceptance Corporation, Asset-Backed Pass-Through Certificates, Series 2005-5 nj-ecfmail@mwc-law.com  
    Nicholas V. Rogers    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR CREDIT SUISSE FIRST BOSTON MORTGAGE ACCEPTANCE CORP., CSFB MORTGAGE-BACKED PASS-THROUGH CERTIFICATES, SERIES 2005-11 nj.bkecf@fedphe.com  
    U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov  
    Walter D. Nealy    on behalf of Debtor Joseph R Nelson nealylaw@gmail.com, r43366@notify.bestcase.com

                                                                                         TOTAL: 8